JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CIV 6361**

APPALACHIAN INSURANCE COMPANY,     Plaintiff,

-v-

CENTURY INDEMNITY COMPANY,
as successor to CCI Insurance Company, as
successor to Insurance Co. of North America     Defendant.

Case No. _____

**Rule 7.1 Statement**

RECEIVED JUL 15 2008 U.S.D.C. S.D. N.Y.

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Appalachian Insurance Company     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Please: attached.

Date: 07/14/2008

*[Signature]*
**Signature of Attorney**

**Attorney Bar Code:** BF-9074

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| APPALACHIAN INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| CENTURY INDEMNITY COMPANY, as successor to CCI Insurance Company, as successor to Insurance Company of North America, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Appalachian Insurance Company ("Appalachian") submits the following statement:

1. Appalachian Insurance Company is a wholly owned subsidiary of FMIC Holdings, Inc.

2. FMIC Holdings, Inc. is a wholly owned subsidiary of Factory Mutual Insurance Company.